UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **YETI Coolers, LLC,** | |
| Plaintiff, | Case No. 1:17-CV-422-RP |
| v. | The Honorable Robert L. Pitman |
| **Kodiak Coolers LLC and** | Jury Trial Demanded |
| **Flexible Automation LLC,** | |
| Defendants. | |

**Order**

Before the Court is the above-entitled action. On this day, the Court considered Plaintiff YETI Coolers, LLC's Notice of Dismissal of Flexible Automation LLC. Having done so, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff's claims against Defendant Flexible Automation LLC are dismissed without prejudice. This action remains pending against Defendant Kodiak Coolers LLC.

SIGNED this 16th day of October, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE