IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-422-RP |
| KODIAK COOLERS LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On this date, the Court entered the parties' Consent Judgment, which the parties intend to be a final adjudication of all claims, counterclaims, and defenses that were, or could have been, brought between the parties in this case. (Dkt. 47-1, at 5). The Clerk of Court shall therefore **CLOSE** this action.

**SIGNED** on November 27, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE